UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRAIG MYERS,<br>　　　　Plaintiff,<br>　　v.<br>CALIFORNIA CORRECTIONAL HEALTHCARE SERVICES,<br>　　　　Defendant. | Case No. 20-cv-01598-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff raises claims against California Correctional Healthcare Services, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 11, 2020

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRAIG MYERS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTHCARE SERVICES,<br><br>    Defendant. | Case No. 20-cv-01598-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 11, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Craig Myers ID: C32166
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: March 11, 2020

    Susan Y. Soong
    Clerk, United States District Court

By: *Karen L. Hom*
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO